UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| PAUL SORRELLS, | Civil No. 2:17-CV-727-BAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby Orders that the Commissioner's final decision should be reversed and remanded for further administrative proceedings and a new decision under the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ will reevaluate the evidence of Plaintiff's substance abuse and compare it to Plaintiff's functioning without substance abuse in order to determine its effect on Plaintiff's impairments and his functioning. The ALJ will apply the sequential evaluation to determine whether Plaintiff is disabled.

Upon proper application, Plaintiff may seek an award of reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, et seq.

DATED this 15th day of September, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Christopher J. Brackett
CHRISTOPHER J. BRACKETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2545
Fax: (206) 615-2531
christopher.brackett@ssa.gov